UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAMILLA CHEVIS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:26-CV-1557-X |
| WALMART STORES TEXAS LLC AND WALMART STORES INC., | § | |
| | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Defendants Walmart Stores Texas LLC and Walmart Stores Inc.'s (collectively "Walmart") motion to dismiss. (Doc. 5). Plaintiff Camilla Chevis did not file a response to the motion.

Rule 12(b)(6) authorizes dismissal when a complaint fails to "state a claim upon which relief can be granted."[1] A pleading in federal court must state "a short and plain statement of the claim showing that the pleader is entitled to relief."[2] In stating their claim, the plaintiff does not have to plead detailed facts, but "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice."[3]

---

[1] FED. R. CIV. P. 12(b)(6).

[2] FED. R. CIV. P. 8(a)(2).

[3] *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

Walmart argues the Court should dismiss Chevis's claims because they lack sufficient factual allegation to state a claim. The Court agrees that the complaint is devoid of sufficient facts to state a claim, which Chevis does not contest by failing to file a response. Having considered the motion and the applicable law, the Court **GRANTS** the motion and **DISMISSES WITHOUT PREJUDICE** this case. Chevis is granted leave to file an amended complaint no later than 28 days after this order, should she fail to file an amended complaint or file one that fails to plausibly state a claim, the Court will enter a final judgment dismissing this case with prejudice.

**IT IS SO ORDERED** this 1st day of September, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE